**FILED**



JUL 2 7 2005

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| ISAAC JETER, | \* | CIV 05-4055 |
|  | \* |  |
| Petitioner, | \* |  |
|  | \* | MEMORANDUM OPINION |
| -vs- | \* | AND ORDER |
|  | \* |  |
| UNITED STATES OF AMERICA, | \* |  |
|  | \* |  |
| Respondent. | \* |  |
|  | \* |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Petitioner, Isaac Jeter, is an inmate at the Federal Prison Camp in Yankton, South Dakota. Jeter filed a petition in the Eastern District of Missouri, Eastern Division, claiming that he is being denied "jail time" credit towards his federal sentence which was imposed in the Eastern District of Missouri, Eastern Division. The action was construed as an action seeking relief pursuant to 28 U.S.C. § 2241, and was transferred to the District of South Dakota pursuant to 28 U.S.C. § 1631.

Jeter, however, has not established that he has exhausted his administrative remedies on his claims, and Respondent has presented documentation establishing that Jeter only sought relief for his claims at the institutional level and failed to appeal this matter to receive a final agency decision for his complaint. Jeter's petition will therefore be denied without prejudice for failure to exhaust his administrative remedies. *See United States v. Chappel*, 208 F.3d 1069, 1069 (8th Cir. 2000) (holding that the district court properly denied a § 2241 petition seeking pretrial credit because the petitioner failed to exhaust his administrative remedies by first presenting his claim to the Bureau of Prisons).

Jeter has a projected release date of September 14, 2007. Because this Court is dismissing this action without prejudice, Jeter will have the right, after exhausting his administrative remedies, to bring a petition under 28 U.S.C. § 2241, naming the warden of the facility in which he is housed as the respondent. *See United States v. Chappel*, 208 F.3d at 1069. Accordingly,

IT IS ORDERED: (1) that Jeter's Petition for Appointment of Counsel (Doc. 13) is
denied; and

(2) that Petitioner's Application for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is denied, without prejudice.

Dated this __27th__ day of July, 2005.

BY THE COURT:

Lawrence L. Piersol
Chief Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _Sharon Traso_
(SEAL)        DEPUTY

2